IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:18CR3137** |
| vs. | |
| SANTOS A. CORTEZ-SANCHEZ, | **ORDER** |
| Defendant. | |

Upon notice that the government does not intend to appeal my release order,

IT IS ORDERED:

1) Defendant shall promptly be released from Marshal custody to the custody of his Third-Party Custodian, Divlan Ezequiel Cortez Hernandez.

2) Defendant's counsel shall contact the Marshal as to the time and arrangements for release to the Third Party custodian.

3) The clerk shall immediately file this order and forward a copy to the Marshal.

Dated this 20th day of September, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge